UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAVED IQBAL,<br><br>              Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., et al.,<br><br>              Respondents. | Civ. No. 15-3170 (KM)<br><br>**MEMORANDUM AND ORDER** |

      The petitioner, Javed Iqbal, is being detained at the Hudson County Correctional Center in Kearny, New Jersey. The Court has received Mr. Iqbal's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Mr. Iqbal challenges his current immigration detention. Mr. Iqbal's application to proceed *in forma pauperis* will be granted based on the information provided therein.

      In accordance with Rule 4 of the Rules Governing Section 2254 Cases (Rule 1(b) provides that the Rules apply also to § 2241 cases), I have screened the petition for dismissal and determined that dismissal without an answer and the record is not warranted.

      The proper sole respondent in this case is Oscar Aviles, who is the warden of the Hudson County Correctional Center. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004). Therefore the petition will be dismissed with prejudice as to respondents Eric Holder, Jr., J. Charles Johnson, Nancy L. Healey and John Tsoukaris.

      Accordingly, IT IS this 14th day of May, 2015,

      ORDERED that petitioner's application to proceed *in forma pauperis* is granted; and it is further

ORDERED that the petition is dismissed with prejudice as to respondents Holder, Johnson, Healey and Tsoukaris; and it is further

ORDERED that the Clerk shall serve a copy of the petition (Dkt. No. 1.) and this Order upon respondent Aviles by regular mail, with all costs of service advanced by the United States; and it is further

ORDERED that the Clerk shall forward a copy of the petition (Dkt. No. 1.) and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

ORDERED that within thirty (30) days of the date of the entry of this Order, respondent shall file and serve an answer which responds to the allegations and grounds in the petition and which includes all affirmative defenses respondent seeks to invoke; and it is further

ORDERED that respondent shall file and serve with the answer certified copies of all documents necessary to resolve petitioner's claim(s) and affirmative defenses; and it is further

ORDERED that within thirty (30) days of receipt of the answer, petitioner may file a reply to the answer; and it is further

ORDERED that within seven (7) days of Petitioner's release, by parole or otherwise, respondent shall electronically file a written notice of the same with the Clerk.

_____
KEVIN MCNULTY
United States District Judge